UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE,

       Plaintiff,         Case No. 1:10-cv-355

v.         Honorable Paul L. Maloney

UNKNOWN CROMPTON,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  June 10, 2010         /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge